**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 2, 2019.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

---

**NO. 14-19-00481-CV**

---

**IN RE CORPORATE NECESSITIES, INC., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-07549**

---

## MEMORANDUM OPINION

On June 14, 2019, relator Corporate Necessities, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Kyle

Carter, presiding judge of the 125th District Court of Harris County, to vacate his April 9, 2019 and May 21, 2019 orders compelling arbitration.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for temporary relief.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.